435 A.2d 260

Miller, et ux., Appellants v. Fisher.

Argued March 4, 1980.   George F. Douglas, Jr., for appellants;   Michael R. Rundle, for appellee.

Before CERCONE, P. J., and WATKINS and MONT-GOMERY, JJ.

Order affirmed.

435 A.2d 260

Novakovic et al., Appellants v. Est. of Rosamund S. Hicks.

Argued March 18, 1980.   Frank P. Murphy, for appellants;   James F. Zaccaria, for appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order affirmed.